UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY J. COLEMAN, JR.,

                Petitioner,

        -v-

G. HEVETT,

                Respondent.

22-CV-8913 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Petitioner Anthony J. Coleman, Jr., filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Proceeding *pro se*, Petitioner seeks an order directing the Bureau of Prisons (BOP) to release him to a residential reentry center in advance of his expected release date.

    The Court has confirmed with the BOP that Petitioner was released to home confinement on July 28, 2023. Accordingly, the petition is denied as moot.

    The Clerk of Court is directed to close this case. The Clerk is also directed to mail a copy of this order to Petitioner.

    SO ORDERED.

Dated: October 4, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge